THE HONORABLE ROBERT S. LASNIK



11-CV-01951-ANS

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED  \_\_\_ RECEIVED

DEC 10 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY ALLEN JONES and RITA JONES, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>BP WEST COAST PRODUCTS, LLC,<br><br>Defendant. | NO.  2:11-cv-01951 RSL<br><br>**STIPULATION AND ORDER TO EXTEND DATES** |

## STIPULATION

The parties have scheduled a mediation of this case for January 25, 2013, and hereby stipulate to the following amendment pretrial due dates set in the Minute Order Setting Trial Date & Related Dates entered February 14, 2012. No change of the trial date of May 6, 2013 is requested. The plaintiff's medical treatment continues. The parties request that the court enter the attached order making the following changes:

1) Reports from Expert Witnesses under FRCP 26(a)(2):

STIPULATION AND ORDER TO EXTEND DATES - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
800 FIFTH AVENUE, SUITE 3810
SEATTLE, WA 98104-3176
TELEPHONE (206) 515-4800/FAX (206) 515-4848

|   |   |
|---|---|
| CURRENTLY DUE: <br>(per stipulation filed on October 10, 2012) | December 17, 2012 |
| AGREED EXTENSION DATE | February 25, 2013. |

2) Discovery completed:

|   |   |
|---|---|
| CURRENTLY: | January 6, 2013 |
| REQUESTED EXTENSION DATE | February 11, 2013 |

3) The parties realize that the limitation to three discovery depositions per party will not be sufficient, and ask that the court provide for a change to paragraph 5.d of the Proposed Discovery Plan in the Joint Status Report & Discovery Plan to allow each party to conduct 10 discovery depositions, to include experts and/or health care providers.

Agreed to and Notice of Presentation Waived:

DATED this 14th day of December, 2012.

LAW OFFICE OF WILLIAM J. O'BRIEN         ROBINSON & KOLE

/s/ William J. O'Brien                    /s/ Matthew J. Daheim with Authority
By:_____              By:_____
William J. O'Brien, WSBA No. 5907         David W. Robinson, WSBA No. 3780
800 Fifth Avenue, Suite 3810              Matthew J. Daheim, WSBA No. 30555
Seattle, WA 98104-3176                    911 Dupont Street
Email: william.obrien@zurichna.com        Bellingham, WA 98225
Ph: 206-515-4800 / Fax: 206-515-4848      Email: mattd@robinsonandkole.com
Attorneys for BP West Coast Products      Ph: 360-671-8112 / Fax: 360-671-1971
                                          Attorneys for Plaintiffs Randy and Rita Jones

STIPULATION AND ORDER TO EXTEND DATES - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
800 FIFTH AVENUE, SUITE 3810
SEATTLE, WA 98104-3176
TELEPHONE (206) 515-4800/FAX (206) 515-4848

GRAHAM & DUNN

By: /s/ K. Michael Fandel with Authority
K. Michael Fandel, WSBA No. 16281
Aimee K. Decker, WSBA 41797
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Email: mfandel@grahamdunn.com
Email: adecker@grahamdunn.com
Ph: 206-624-8300 / Fax: 206-340-9599
Attorneys for BP West Coast Products

## ORDER

Based on the foregoing Stipulation, it is hereby

ORDERED that the deadline to disclose expert reports is extended from December 17, 2012 to February 25, 2013, and the discovery cutoff date is extended from January 6, 2013 to February 11, 2013.

FURTHER ORDERED that the parties request to increase the number of discovery depositions that may be taken by each party from three (3) to ten (10) depositions is GRANTED.

DATED this 18th day of December, 2012.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATION AND ORDER TO EXTEND DATES - 3

LAW OFFICE OF WILLIAM J. O'BRIEN
800 FIFTH AVENUE, SUITE 3810
SEATTLE, WA 98104-3176
TELEPHONE (206) 515-4800/FAX (206) 515-4848