1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
8   RANDY ALLEN JONES, *et al.*,              )        No. C11-1951RSL
                                                    )
9                          Plaintiffs,        )
                                                    )
     v.                                       )        ORDER GRANTING IN PART
10                                             )        DEFENDANT'S MOTIONS *IN LIMINE*
     BP WEST COAST PRODUCTS, LLC,             )
11                                             )
                           Defendant.         )
12  _____)

13        This matter comes before the Court on "Defendant's Motions in Limine."  Dkt.

14  # 29.  Having reviewed the memoranda submitted by the parties, the Court finds as follows:

15        Although plaintiffs do not oppose defendant's motions in limine, requests 1, 4, and

16  6 do not describe the evidence to be excluded with sufficient specificity to enable the Court to

17  enforce an exclusionary ruling.  The rules of evidence will apply at trial, and the Court will

18  enforce the rules of discovery.  Any further limitation on the admissibility of evidence is

19  unwarranted based on the present record.

20        Plaintiff has limited the number of treating medical providers who will be called to

21  testify at trial to three:  Eric Smith, M.D., David Goldman, M.D., and C. Donald Williams, M.D.

22  Motion in limine 2 is therefore GRANTED.  The Court will not, however, limit the testimony of

23  these witnesses to a recitation of what is already in the medical records.  To the extent motion in

24  limine 3 seeks such a limitation, it is DENIED.

25        Plaintiff does not objection to motions in limine 7, 8, 9, 10, and 11.  Those motions

26

ORDER GRANTING IN PART
DEFENDANT'S MOTIONS IN LIMINE

1   are therefore GRANTED.

2

3

4            Dated this 3rd day of June, 2013.

5

6                                    Robert S. Lasnik
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING IN PART
DEFENDANT'S MOTIONS IN LIMINE              -2-